AO 440 (Rev 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ Southern _____ **DISTRICT OF** _____ New York _____

OTTO MONTENEGRO AND
MARTHA MONTENENGRO

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

1 WORLD TRADE CENTER LLC,
ET AL SEE ATTACHED RIDER,

06 CV 6018

TO: (Name and address of defendant)

See attached rider

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
115 Broadway, 12th Floor
New York, New York 10006
212-267-3700

an answer to the complaint which is herewith served upon you, within _____ 30 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                                DATE

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action - SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                    Signature of Server

                                        _____
                                        Address of Server

(*)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RIDER

OTTO MONTENEGRO AND MARTHA
MONTENEGRO,

                                    Plaintiffs,

 - against -

1 WORLD TRADE CENTER LLC; 1 WTC
HOLDINGS LLC; 2 WORLD TRADE CENTER
LLC.; 2 WTC HOLDINGS LLC.; 4 WORLD
TRADE CENTER LLC.; 4 WTC HOLDING LLC.;
5 WORLD TRADE CENTER LLC.; 5 WTC
HOLDING LLC.; 7 WORLD TRADE COMPANY,
L.P.; A RUSSO WRECKING, INC.; ABM; ABM
INDUSTRIES, INC.; ABM JANITORIAL
NORTHEAST, INC.; AMEC CONSTRUCTION
MANAGEMENT, INC.; AMEC EARTH &
ENVORONMENTAL, INC.; ANTHONY CORTESE
SPECIALIZED HAULING LLC.; ATLANTIC HEYDT CORP.;
BECHTEL CONSTRUCTION, INC.; BECHTEL
CORPORATION; BECHTEL
ENVIRONMENTAL, INC.; BERKEL &
COMPANY, CONTRACTORS, INC.; BFP TOWER
C CO. LLC; BIG APPLE WRECKING &
CONSTRUCTION CORP.; BOSTON PROPERTIES;
BOVIS LEND LEASE LMB, INC.; BOVIS LEND
LEASE, INC.; BREEZE CARTING CORP.;
BREEZE NATIONAL INC.; BRER-FOUR
TRANSPORTATION CORP.; BURO HAPPOLD
CONSULTING ENGINEERS, P.C.; C & D
FIREPROOFING & PLASTERING CORP.; C.B.
CONTRACTING CORP; CANRON
CONSTRUCTION CORP.; CANTOR SEINUK GROUP;
CERTIFIED FENCE CORP.; CIVETTA-
COUSINS JV, L.L.C.; CLARCOR AIR FILTRATION
PRODUCTS, INC.; COMPONENT ASSEMBLY
SYSTEMS, INC.; CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.;
COORDINATED METALS, INC.; CORD
CONTRACTING CO., INC.; CRAIG TEST
BORING COMPANY INC.; CRITICOM
INTERNATIONAL CORPORATION; CUSHMAN
& WAKEFIELD, INC; D'ONOFRIO GENERAL
CONTRACTORS CORP.; DAKOTA DEMO-
TECH, INC.; DCM ERECTORS, INC.;
DIAMOND POINT EXCAVATING CORP.;
DIEGO CONSTRUCTION, INC.; DIVERSIFIED
CARTING, INC.; DMT ENTERPRISE, INC.;
EAGLE LEASING & INDUSTRIAL SUPPLY, INC.;
EAGLE ONE ROOFING CONTRACTORS INC;

EAGLE SCAFFOLDING CO., INC.; EJ DAVIES,
INC.; EN-TECH CORP.; ET ENVIRONMENTAL;
EVERGREEN RECYCLING OF CORONA(EROC);
EWELL W. FINLEY, P.C.; EXECUTIVE
MEDICAL SERVICES, P.C.; F&G
MECHANICAL, INC.; FLEET TRUCKING, INC.;
FRANCIS A. LEE EXTERIOR RESTORATION,
INC.; FRANK MICELLI JR.CONTRACTING,
INC.; FTI TRUCKING, INC.; GILSANZ, MURRAY,
& STEFICEK, LLP, GOLDSTEIN ASSOCIATES
CONSULTING ENGINEERS, PLLC.; HALLEN WELDING
SERVICE, INC.; HELMSMAN MANAGEMENT SERVICES,
INC.; HGC CONTRACTING CORP.; HIGH-RISE ELECTRIC,
INC.; HIGH RISE HOISTING AND
SCAFFOLDING, INC.; JP EQUIPMENT
RENTAL MATERIALS, INC; LAQUILA
CONSTRUCTION INC.; LASTRADA GENERAL
CONTRACTING CORP.; LESLIE E. ROBERTSON
ASSOCIATES CONSULTING ENGINEERS P.C.;
LIBERTY MUTUAL INSURANCE COMPANY;
LIBERTY MUTUAL MANAGED CARE INC.;
LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS
PITKIN, INC.; LZA TECH-DIV OF THORTON
TOMASETTI; MANAFORT BROTHERS
INCORPORATED; MAZZOCCHI WRECKING, INC.;
MERIDIAN CONSTRUCTION GROUP; MOODY'S
INVESTORS SERVICE; MRA ENGINEERING, PC;
MUESER RUTLEDGE CONSULTING
ENGINEERS, INC; MUSCO SPORTS LIGHTING, LLC.;
NACIREMA INDUSTRIES INCORPORATED; NEW YORK
CRANE & EQUIPMENT CORP.; NYC INDUSTRIAL
DEVELOPMENT AGENCY; NICHOLSON
CONSTRUCTION COMPANY; OLYMPIC PLUMBING &
HEATING CORP.; OVE ARUP & PARTNERS P.C.;
PARSON GROUP, INC.; PETER SCALAMANDRE &
SONS, INC.; PINNACLE; PINNACLE
ENVIRONMENTAL CORP.;PLAZA CONSTRUCTION
CORP.; PLAZA CONSTRUCTION
MANAGEMENT CORP.;  PORT AUTHORITY of
NEW YORK and NEW JERSEY; PRO SAFETY
SERVICES LLC.; PT & L CONTRACTING CORP.;
REGIONAL SCAFFOLDING & HOISTING CO., INC.;
ROBER SILMAN ASSOCIATES; ROBERT
ERRAT; ROBERT L. GEROSA, INC.; ROYAL
GM, INC; SAB TRUCKING INC.; SAFEWAY
ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL
CONTRACTING; SHELDRAKE ORGANIZATION, INC.;
SILVERITE CONTRACTING CORPORATION;
SILVERSTEIN DEVELOPMENT CORP;
SILVERSTEIN PROPERTIES INC;
SILVERSTEIN PROPERTIES; SILVERSTEIN
WTC FACILITY MANAGER LLC.;
SILVERSTEIN WTC LLC; SILVERSTEIN WTC

MGMT CO. LLC.; SILVERSTEIN WTC
PROPERTIES LLC.; SIMPSON GUMPERTZ & HEGER
INC.; SKIDMORE, OWING & MERRILL LLP; STAR
DELTA ELECTRIC, INC.; STIER ANDERSON, LLC.;
SURVIVAIR; TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN; TISHMAN
CONSTRUCTION CORPORATION OF NEW
YORK; TISHMAN INTERIORS CORPORATION;
TISHMAN SPEYER PROPERTIES; TOMASETTI
GROUP, INC.; TORRETTA TRUCKING, INC.;
TOTAL SAFETY CONSULTING, L.L.C.; TRIO ASBESTOS
REMOVAL; TUCCI EQUIPMENT RENTAL CORP.;
TULLY CONSTRUCTION CO., INC.; TULLY
CONSTRUCTION COMPANY; TULLY
ENVIRONMENTAL INC.; TULLY
INDUSTRIES, INC.; TURNER CONSTRUCTION
CO.; TURNER CONSTRUCTION COMPANY;
TURNER CONSTRUCTION INTERNATIONAL,
LLC.; ULTIMATE DEMOLITION/CS HAULING
(JOINT VENTURE); UNITED STATES REBAR, INC.;
VOLLMER ASSOCIATES LLP.; W HARRIS & SONS
INC.; WEEKS MARINE, INC.; WEIDLINGER
ASSOCIATES, CONSULTING ENGINEERS, P.C.;
WFP TOWER D. CO., LP; WHITNEY CONTRACTING
INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD
TRADE CENTER PROPERTIES LLC.;
YANNUZZI & SONS, INC; YONKERS
CONTRACTING COMPANY, INC.; YORK HUNTER
CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.,

Defendants.

————————————————————————————X

## Defendants' Addresses:

1 WORLD TRADE CENTER LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

1 WTC HOLDINGS LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

2 WORLD TRADE CENTER LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

2 WTC HOLDINGS LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

4 WORLD TRADE CENTER LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

4 WTC HOLDINGS LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

5 WORLD TRADE CENTER LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

5 WTC HOLDINGS LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

7 WORLD TRADE COMPANY, L.P.
Carb, Luria, Glassner, Cook & Kufeld
529 Fifth Avenue
New York, NY 10017
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

A RUSSO WRECKING
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

ABM INDUSTRIES, INC.
C/O Jeffery Samel & Partners
150 Broadway 20th Floor

EAGLE LEASING & INDUSTRIAL
SUPPLY
1726 FLATBUSH AVENUE
BROOKLYN, NY 11210

EAGLE ONE ROOFING
CONTRACTORS INC.,
18-60 45th Street
Astoria, NY 11105

EAGLE SCAFFOLDING CO
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

EJ DAVIES, INC.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

EN-TECH CORP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

ET ENVIRONMENTAL
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

EVERGREEN RECYCLING OF
CORONA
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

EWELL W. FINLEY, P.C.,
34-18 Northern Boulevard
Long Island City, NY 11101

EXECUTIVE MEDICAL SERVICES,
P.C.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

F&G MECHANICAL, INC.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

FLEET TRUCKING, INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

ROBER SILMAN ASSOCIATES
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

ROBERT L GEROSA, INC
122 West Sheffield Avenue
Englewood, NJ 07631

ROYAL GM INC.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

SAB TRUCKING INC.
C/O SAVERIO ANASTASIO
7 Pironi Court
Woodbury, NY 11797

SAFEWAY ENVIRONMENTAL CORP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

SEASONS INDUSTRIAL
CONTRACTING,
266 GREEN VALLEY RD
STATEN ISLAND, NY 10312

SHELDRAKE ORGANIZATION, INC.
400 Garden City Plaza
Suite 440
Garden City, NY 11530

SILVERITE CONTRACTORS
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

SILVERSTEIN DEVELOPMENT
CORP.
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN PROPERTIES, INC.
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN PROPERTIES
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC FACILITY

NEW YORK, NEW YORK 10038

ABM JANITORIAL NORTHEAST,
INC.
C/O JEFFERY SAMEL & PARTNERS
150 BROADWAY 20TH FLOOR
NEW YORK, NEW YORK 10038

AMEC CONSTRUCTION
MANAGEMENT, INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

AMEC EARTH &
ENVIRONMENTAL, INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

ATLANTIC HEYDT CORP
C/O FRENCH & RAFTER, LLP
29 BROADWAY 27TH FLOOR
NEW YORK, NY 10006

BECHTEL CONSTRUCTION, INC.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

BECHTEL CORPORATION
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

BECHTEL ENVIRONMENTAL,
INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

BERKEL & COMPANY,
CONTRACTORS, INC.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

BFP TOWER C CO. LLC,
C/O UNITED CORPORATE
SERVICES, INC.
10 BANK STREET, SUITE 560
WHITE PLAINS, NY 10606

BIG APPLE WRECKING &
CONSTRUCTION CORP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

FRANCIS A. LEE COMPANY, A
CORPORATION
35 Bethpage Road
Hicksville, NY 11801

FTI TRUCKING
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

GILSANZ MURRAY STEFICEK,
LLP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

GOLDSTEIN ASSOCIATES
CONSULTING ENGINEERS, PLLC
31 West 27th Street
New York, NY 10001

HALLEN WELDING SERVICE, INC.
C/O Kaplan, Von Ohlen & Massamillo,
LLC
90 Park Avenue, 18th Floor
New York, NY 10016

HELMSMAN MANGEMENT
SERVICES, INC.
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

HGC CONTRACTING CORP
5201 Flushing Ave
Brooklyn, NY 11237

HIGH-RISE ELECTRIC, INC.,
55 W. 58th Street
New York, NY 10019

HIGH-RISE HOISTING AND
SCAFFOLDING, INC
25-20 Borden Avenue
Long Island City, NY 11101

JP EQUIPMENT RENTAL
MATERIALS, INC.,
C/O FISHMAN, DORFMAN, &
CALLAHAN, P.C.
FOUR EXECUTIVE BOULEVARD
SUITE 101
SUFFERN, NY 10901

LAQUILA CONSTRUCTION INC
1590 Troy Avenue
Brooklyn, NY 11234

MANAGER LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC MGMT CO LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC PROPERTIES
LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC, LLC a/k/a
SILVERSTEIN WTC PROPERTY
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

SIMPSON GUMPERTZ & HEGER INC
C/O NATIONAL REGISTERED
AGENTS, INC.,
41 Seyon Street
Building 1, Suite 500
Waltham, MA 02453

SKIDMORE OWINGS & MERRILL
LLP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

STAR DELTA ELECTRIC
17 Battery Pl., Room 203
New York, NY 10004

STIER ANDERSON LLC
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

SURVIVAIR
3001 S SUSAN ST
SANTA ANA, CA 92704

TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN
C/O Cozen O'Connor
1 Newark Center, Suite 1900
Newark, NJ 07102

BOVIS HOLDINGS LIMITED
C/O Mound Cotton Wollan &
Greengrass
One Battery Park Plaza
New York, NY 10004

BOVIS INTERNATIONAL, INC.
C/O Mound Cotton Wollan &
Greengrass
One Battery Park Plaza
New York, NY 10004

BOVIS LEND LEASE INTERIORS,
INC.
C/O Mound Cotton Wollan &
Greengrass
One Battery Park Plaza
New York, NY 10004

BOVIS LEND LEASE LMB, INC.
C/O Mound Cotton Wollan &
Greengrass
One Battery Park Plaza
New York, NY 10004

BOVIS LEND LEASE, INC.
C/O Mound Cotton Wollan &
Greengrass
One Battery Park Plaza
New York, NY 10004

BREEZE CARTING CORP
31 Bay Street
Brooklyn, NY 11231

BREEZE NATIONAL, INC.,
31 Bay Street
Brooklyn, NY 11231

BRER-FOUR TRANSPORTATION
CORP.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

BURO HAPPOLD CONSULTING
ENGINEERS, P.C.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

C & D FIREPROFFING &
PLASTERING CORP
48 Walnut Street
New Rochelle NY 10801

C.B. CONTRACTING CORP

LASTRADA GENERAL
CONTRACTING CORP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

LESLIE E. ROBERTSON
ASSOCIATES CONSULTING
ENGINEER P.C.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

LIBERTY MUTUAL INSURANCE
COMPANY
175 Berkeley Street
Boston, MA 02116

LIBERTY MUTUAL MANAGED
CARE, INC.,
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

LOCKWOOD KESSLER &
BARTLETT, INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

LUCIUS PITKIN, INC
C/O Stein and Stein
666 Old Country Road
Garden City, NY 11530

LZA TECH-DIV OF THORTON
TOMASETTI
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

MANAFORT BROTHERS, INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

MAZZOCCHI WRECKING, INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

MERIDIAN CONSTRUCTION
CORP.
29 Grasmere Court
Staten Island, NY 10305

MOODY'S INVESTORS SERVICE,
99 CHURCH STREET

TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK
C/O Cozen O'Connor
1 Newark Center, Suite 1900
Newark, NJ 07102

TISHMAN INTERIORS
CORPORATION
C/O Daniel R. Tishman
666 5th Avenue
New York, NY 10103

TISHMAN SPEYER PROPERTIES
666 5th Avenue
New York, NY 10103

TOMASETTI GROUP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

TORRETTA TRUCKING, INC
120 MOUNTAINVIEW AVENUE
STATEN ISLAND, NY 10314

TOTAL SAFETY CONSULTING, LLC
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

TUCCI EQUIPMENT RENTAL CORP
Daneen Gazzola
3495 Rombouts Avenue
Bronx, NY 10475

TULLY CONSTRUCTION CO., INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

TULLY CONSTRUCTION COMPANY
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

TULLY ENVIRONMENT, INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

TULLY INDUSTRIES, INC.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

TULLY CONSTRUCTION
MANAGEMENT, INC.

C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

CANRON CONSTRUCTION CORP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

CANTOR SEINUK GROUP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

CERTIFIED FENCE CORP.
59 Grant Street
Harrison New York 10528

CIVETTA-COUSINS JV, L.L.C
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

COMPONENT ASSEMBLY
SYSTEMS, INC.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.,
4 Irving Place
New York, New York 10003

COORDINATED METALS, INC.,
626 16th Street
Carlstadt, NJ 07072

CORD CONTRACTING CO., INC
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

CRAIG TEST BORING COMPANY
INC.
PO Box 427
Mays Landing, NJ 08330

CRITICOM INTERNATIONAL
CORPORATION
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

CUSHMAN & WAKEFIELD, INC,
WALL STREET PLAZA, 88 PINE
STREET, 27 TH FLOOR
NEW YORK, NY 10005

NEW YORK, NY 10007-2707

MRA ENGINEERING P.C.,
600 Hempstead Turnpike
West Hempstead, NY 11552-1036

MUESER RUTLEDGE
CONSULTING ENGINEERS
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

MUSCO SPORTS LIGHTING, LLC
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

NACIREMA INDUSTRIES
INCORPORATED
211 West 5th Street
Bayonne, NJ 07002

NEW YORK CRANE &
EQUIPMENT CORP.
Brooklyn Navy Yard
Brooklyn, NY 11205

NICHOLSON CONSTRUCTION
COMPANY
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

NYC INDUSTRIAL DEVELOPMENT
AGENCY
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

OLYMPIC PLUMBING & HEATING
CORP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

PARSON GROUP
C/O CLIFFORD CHANCE US, LLP
31 West 52nd Street
New York, NY 10019

PETER SCALAMANDRE & SONS,
INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

PINNACLE ENVIRONMENTAL
CORP

C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

TURNER CONSTRUCTION CO.
C/O London Fischer, LLP
59 Maiden Lane
New York, NY 10038

TURNER CONSTRUCTION
COMPANY
C/O London Fischer, LLP
59 Maiden Lane
New York, NY 10038

TURNER CONSTRUCTION
INTERNATIONAL, LLC.
C/O London Fischer, LLP
59 Maiden Lane
New York, NY 10038

ULTIMATE DEMOLITIONS/CS
HAULING
500 New Street
Oceanside, NY 11572

UNITED STATES REBAR, INC.,
332 N. Main Street
Freeport, NY 11520

VERIZON NEW YORK, INC.
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

VOLLMER ASSOCIATES LLP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

W HARRIS & SONS INC
37 West Washington Avenue
Pearl River, NY 10965

WEEKS MARINE, INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

WEIDLINGER ASSOCIATES,
CONSULTING ENGINEERS, P.C.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

WHITNEY CONTRACTING INC.
C/O Joanne Pisano, P.C.
1250 Central Park Avenue

D'ONOFRIO GENERAL
CONTRACTORS CORP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

DAKOTA DEMO-TECH
140 Old Northport Road
Kings Park, NY 11754

DCM ERECTORS, INC
110 E. 42nd Street, Ste 1710
New York, NY 10017

DIAMOND POINT EXCAVATING
CORP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

DIEGO CONSTRUCTION, INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

DIVERSIFIED CARTING, INC.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

DMT ENTERPRISE, INC.
255 Lake Avenue
Yonkers, NY 10701

C/O Paul O'Brien
64-54 Maurice Avenue
Maspeth, NY 11378

PLAZA CONSTRUCTION CORP.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

PLAZA CONSTRUCTION
MANAGMENT CORP.
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

PORT AUTHORITY OF NEW
YORK AND NEW JERSEY
225 Park Avenue South
New York, NY 10003

PRO SAFETY SERVICES, LLC
Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

PT & L CONTRACTING CORP
1 Kalisa Way Ste 301
Paramus, NJ 07652

REGIONAL SCAFFOLD & C/O
Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

Yonkers, NY 10704

WOLKOW-BRAKER ROOFING CORP
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

WORLD TRADE CENTER
PROPERTIES LLC
C/O Edward Tanenhouse, Esq.
530 Fifth Avenue-18 Floor
New York, New York 10036

YANNUZZI & SONS INC
56 Oakwood Avenue
Orange, NJ 07050

YONKERS CONTRACTING
COMPANY, INC.,
C/O Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

YORK HUNTER CONSTRUCTION,
LLC
107 Old Goshen Road
South Seaville, NJ 08246

ZIGENFUSS DRILLING, INC.,
C/O CT CORPORATION SYSTEM\
111 Eighth Avenue
New York, NY 1001!



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

OTTO  MONTENEGRO AND MARTHA
MONTENENGRO

Plaintiffs,

- against -

1 WORLD TRADE CENTER LLC; 1 WTC
HOLDINGS LLC; 2 WORLD TRADE CENTER LLC.;
2 WTC HOLDINGS LLC.; 4 WORLD TRADE
CENTER LLC.; 4 WTC HOLDING LLC.; 5 WORLD
TRADE CENTER LLC.; 5 WTC HOLDING LLC.; 7
WORLD TRADE COMPANY, L.P.; A RUSSO
WRECKING, INC.; ABM; ABM INDUSTRIES, INC.;
ABM JANITORIAL NORTHEAST, INC.; AMEC
CONSTRUCTION MANAGEMENT, INC.; AMEC
EARTH & ENVORONMENTAL, INC.; ANTHONY
CORTESE SPECIALIZED HAULING LLC.; ATLANTIC HEYDT
CORP.; BECHTEL CONSTRUCTION, INC.;
BECHTEL CORPORATION; BECHTEL
ENVIRONMENTAL, INC.; BERKEL & COMPANY,
CONTRACTORS, INC.; BFP TOWER C Co. LLC; BIG
APPLE WRECKING & CONSTRUCTION CORP.;
BOSTON PROPERTIES; BOVIS LEND LEASE LMB,
INC.; BOVIS LEND LEASE, INC.; BREEZE
CARTING CORP.; BREEZE NATIONAL INC.;
BRER-FOUR TRANSPORTATION CORP.; BURO
HAPPOLD CONSULTING ENGINEERS, P.C.; C & D
FIREPROOFING & PLASTERING CORP.; C.B.
CONTRACTING CORP; CANRON CONSTRUCTION
CORP.; CANTOR SEINUK GROUP; CERTIFIED FENCE
CORP.; CIVETTA-COUSINS JV, L.L.C.; CLARCOR
AIR FILTRATION PRODUCTS, INC.; COMPONENT
ASSEMBLY SYSTEMS, INC.; CONSOLIDATED
EDISON COMPANY OF NEW YORK, INC.;
COORDINATED METALS, INC.; CORD
CONTRACTING CO., INC.; CRAIG TEST BORING
COMPANY INC.; CRITICOM INTERNATIONAL

21 MC 100 (AKH)

DOCKET NO.:

CHECK-OFF ("SHORT FORM")
COMPLAINT
RELATED TO THE
MASTER COMPLAINT

PLAINTIFF(S) DEMAND A TRIAL BY
JURY

CORPORATION; CUSHMAN & WAKEFIELD, INC;
D'ONOFRIO GENERAL CONTRACTORS CORP.;
DAKOTA DEMO-TECH, INC.; DCM ERECTORS,
INC.; DIAMOND POINT EXCAVATING CORP.;
DIEGO CONSTRUCTION, INC.; DIVERSIFIED
CARTING, INC.; DMT ENTERPRISE, INC.; EAGLE
LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE ONE
ROOFING CONTRACTORS INC; EAGLE
SCAFFOLDING CO., INC.; EJ DAVIES, INC.; EN-TECH
CORP.; ET ENVIRONMENTAL; EVERGREEN
RECYCLING OF CORONA(EROC); EWELL W.
FINLEY, P.C.; EXECUTIVE MEDICAL SERVICES,
P.C.; F&G MECHANICAL, INC.; FLEET TRUCKING,
INC.; FRANCIS A. LEE EXTERIOR RESTORATION,
INC.; FRANK MICELLI JR.CONTRACTING, INC.;
FTI TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK,
LLP, GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS,
PLLC.; HALLEN WELDING SERVICE, INC.; HELMSMAN
MANAGEMENT SERVICES, INC.; HGC CONTRACTING CORP.;
HIGH-RISE ELECTRIC, INC.; HIGH RISE HOISTING
AND SCAFFOLDING, INC.; JP EQUIPMENT
RENTAL MATERIALS, INC; LAQUILA
CONSTRUCTION INC.; LASTRADA GENERAL
CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES
CONSULTING ENGINEERS P.C.; LIBERTY MUTUAL
INSURANCE COMPANY; LIBERTY MUTUAL
MANAGED CARE INC.; LOCKWOOD, KESSLER &
BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV
OF THORTON TOMASETTI; MANAFORT BROTHERS
INCORPORATED; MAZZOCCHI WRECKING, INC.;
MERIDIAN CONSTRUCTION GROUP; MOODY'S
INVESTORS SERVICE; MRA ENGINEERING, PC; MUESER
RUTLEDGE CONSULTING ENGINEERS, INC;
MUSCO SPORTS LIGHTING, LLC.; NACIREMA INDUSTRIES
INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.;
NYC INDUSTRIAL DEVELOPMENT AGENCY; NICHOLSON
CONSTRUCTION COMPANY; OLYMPIC PLUMBING &
HEATING CORP.; OVE ARUP & PARTNERS P.C.; PARSON
GROUP, INC.; PETER SCALAMANDRE & SONS, INC.;
PINNACLE; PINNACLE ENVIRONMENTAL CORP.;PLAZA
CONSTRUCTION CORP., PLAZA CONSTRUCTION
MANAGEMENT CORP.; PORT AUTHORITY of
NEW YORK and NEW JERSEY; PRO SAFETY SERVICES
LLC.; PT & L CONTRACTING CORP.; REGIONAL
SCAFFOLDING & HOISTING CO., INC.; ROBER SILMAN
ASSOCIATES; ROBERT ERRAT; ROBERT L.
GEROSA, INC.; ROYAL GM, INC; SAB TRUCKING
INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS

INDUSTRIAL CONTRACTING; SHELDRAKE ORGANIZATION,
INC.; SILVERITE CONTRACTING CORPORATION;
SILVERSTEIN DEVELOPMENT CORP;
SILVERSTEIN PROPERTIES INC; SILVERSTEIN
PROPERTIES; SILVERSTEIN WTC FACILITY
MANAGER LLC.; SILVERSTEIN WTC LLC;
SILVERSTEIN WTC MGMT CO. LLC.;
SILVERSTEIN WTC PROPERTIES LLC.; SIMPSON
GUMPERTZ & HEGER INC.; SKIDMORE, OWING & MERRILL
LLP; STAR DELTA ELECTRIC, INC.; STIER
ANDERSON, LLC.; SURVIVAIR; TISHMAN
CONSTRUCTION CORPORATION OF
MANHATTAN; TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK; TISHMAN
INTERIORS CORPORATION; TISHMAN SPEYER
PROPERTIES; TOMASETTI GROUP, INC.;
TORRETTA TRUCKING, INC.; TOTAL SAFETY
CONSULTING, L.L.C.; TRIO ASBESTOS REMOVAL; TUCCI
EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION
CO., INC.; TULLY CONSTRUCTION COMPANY;
TULLY ENVIRONMENTAL INC.; TULLY
INDUSTRIES, INC.; TURNER CONSTRUCTION
CO.; TURNER CONSTRUCTION COMPANY;
TURNER CONSTRUCTION INTERNATIONAL,
LLC.; ULTIMATE DEMOLITION/CS HAULING
(JOINT VENTURE); UNITED STATES REBAR, INC.;
VOLLMER ASSOCIATES LLP.; W HARRIS & SONS INC.;
WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES,
CONSULTING ENGINEERS, P.C.; WFP TOWER D.
CO., LP; WHITNEY CONTRACTING INC.; WOLKOW-
BRAKER ROOFING CORP.; WORLD TRADE CENTER
PROPERTIES LLC.; YANNUZZI & SONS, INC;
YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER
CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.,

Defendants.

By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated May 12, 2005, ("the Order"), a Master Complaint for all Plaintiffs was filed on May 12, 2005.

NOTICE OF ADOPTION

All headings and paragraphs in the Master Complaint are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff(s), which are listed below. These are marked with an "☑" if applicable to the instant Plaintiff(s), and specific case information is set forth, as needed, below.

Plaintiffs, OTTO MONTENEGRO AND MARTHA MONTENENGRO, by his/her/their attorneys WORBY GRONER EDELMAN & NAPOLI BERN, LLP, complaining of Defendant(s), respectfully allege:

# I. PARTIES

## A. PLAINTIFF(S)

1.    ☑  Plaintiff, OTTO MONTENEGRO (hereinafter the "Injured Plaintiff"), is an individual and a citizen of the State of New York residing at 607 West 180th Street #54, New York, NY 10033-.

(OR)

2.    Alternatively,

      A. ☐ Plaintiff, OTTO MONTENEGRO (hereinafter the "Injured Plaintiff"), is an individual and a citizen of _____ residing at

      _____ .

      B. ☐ _____ as the _____ of Decedent _____ ,

      and brings this claim in his (her) capacity as of the Estate of _____ .

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

3.    ☑ Plaintiff, Martha Montenengro (hereinafter the "Derivative Plaintiff"), is a citizen of New York residing at 607 West 180th Street #54 , New York, NY 10033-, and has the following relationship to the Injured Plaintiff:

> ☑  SPOUSE at all relevant times herein, is and has been lawfully married to Plaintiff OTTO  MONTENEGRO, and brings this derivative action for her (his) loss due to the injuries sustained by her husband (his wife), Plaintiff OTTO  MONTENEGRO.

> ☐  Parent

> ☐  Child

> ☐  Other: _____  _____

4.    In the period from 10/6/2001 to 10/26/2001 the Injured Plaintiff worked for Mason Tenders as a Shop Steward at:

*Please be as specific as possible when filling in the following dates and locations*

> i.   ☐  The World Trade Center Site
>
> > 1.  Location(s) (*i.e.,* building, quadrant, etc.)_____
> >     _____
> > 2.  From on or about _____ until _____;
> > 3.  Approximately _____ hours per day; for
> > 4.  Approximately _____ days total.
>
> ii.  ☐  The New York City Medical Examiner's Office
>
> > 1.  From on or about _____ until _____,
> > 2.  Approximately _____ hours per day; for
> > 3.  Approximately _____ days total.
>
> iii. ☐  The Fresh Kills Landfill

***Please read this document carefully.***
***It is very important that you fill out each and every section of this document.***

1. From on or about _____ until _____;
2. Approximately _____ hours per day; for
3. Approximately _____ days total.

iv.  ☐  The Barge

1. From on or about _____ until _____;
2. Approximately _____ hours per day; for
3. Approximately _____ days total.

v.  ☑  **Other:\*** For injured plaintiffs who worked at Non-WTC Site building or location. The injured plaintiff worked at the address/location, for the dates alleged, for the hours per day, for the total days, and for the employer, as specified below:

1. From on or about 10/6/2001 until 10/26/2001;
2. Approximately 12 hours per day; for
3. Approximately 7 days total;
4. Name and Address of Non-WTC Site Building/Worksite:
140 West Street

*\*Continue this information on a separate sheet of paper if necessary.*

*If more space is needed to specify "Other" locations, please annex a separate sheet of paper with the information.*

5.  Injured Plaintiff

   ☑  Was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above;

   ☑  Was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above;

   ☑  Was exposed to and absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above;

   ☑  Other: <u>Not yet determined.</u>_____

6.  Injured Plaintiff

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

☑      Has not made a claim to the Victim Compensation Fund. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

☐      Made a claim to the Victim Compensation Fund that was denied. Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

☐      Made a claim to the Victim Compensation Fund, that was subsequently withdrawn by Ground-Zero Plaintiff. Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

☐      Made a claim to the Victim Compensation Fund that was granted. Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, Ground Zero-Plaintiff has waived her/his right(s) to pursue any further legal action for the injuries identified in said claim.

## B. DEFENDANT(S)

The following is a list of all Defendant(s) named in the Master Complaint. If checked, all paragraphs pertaining to that Defendant are deemed pleaded herein.

☐      THE CITY OF NEW YORK

     ☐      A Notice of Claim was timely filed and served on _____ and

         ☐      pursuant to General Municipal Law §50-h the CITY _____ _____ (OR)

         ☐      The City has yet to hold a hearing as required by General Municipal Law §50-h

         ☐      More than thirty days have past and the City has not adjusted the claim

(AND/OR)

     ☐      An Order to Show Cause application to

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

    ☐   deem Plaintiff's (Plaintiffs') Notice of Claim timely filed, or in the alternative to grant Plaintiff(s) leave to file a late Notice of Claim *Nunc Pro Tunc* (for leave to file a late Notice of Claim *Nunc Pro Tunc*) has been filed and a determination

        ☐   is pending

        ☐   Granting petition was made on _____

        ☐   Denying petition was made on _____

☑   PORT AUTHORITY OF NEW YORK AND NEW JERSEY ["PORT AUTHORITY"]

    ☑   A Notice of Claim was filed and served pursuant to Chapter 179, §7 of The Unconsolidated Laws of the State of New York on 5/9/06

    ☑   More than sixty days have elapsed since the Notice of Claim was filed, (and)

    ☐   the PORT AUTHORITY has adjusted this claim

    ☑   the PORT AUTHORITY has not adjusted this claim.

   ☑   1 WORLD TRADE CENTER, LLC

   ☑   1 WTC HOLDINGS, LLC

   ☑   2 WORLD TRADE CENTER, LLC

   ☑   2 WTC HOLDINGS, LLC

   ☑   4 WORLD TRADE CENTER, LLC

   ☑   4 WTC HOLDINGS, LLC

   ☑   5 WORLD TRADE CENTER, LLC

   ☑   5 WTC HOLDINGS, LLC

   ☑   AMEC CONSTRUCTION MANAGEMENT, INC.

   ☑   BECHTEL ASSOCIATES PROFESSIONAL CORPORATION

   ☑   BECHTEL CONSTRUCTION, INC.

   ☑   BECHTEL CORPORATION

   ☑   BECHTEL ENVIRONMENTAL, INC.

   ☑   BOVIS HOLDINGS LIMITED

   ☑   BOVIS INTERNATIONAL, INC.

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

☑ BOVIS LEND LEASE, INC.

☑ BOVIS LEND LEASE INTERIORS, INC.

☑ BOVIS LEND LEASE LMB, INC.

☑ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.

☑ LIBERTY MUTUAL MANAGED CARE, INC.

☑ PLAZA CONSTRUCTION CORP.

☑ PLAZA CONSTRUCTION MANAGEMENT CORP.

☑ SILVERSTEIN PROPERTIES

☑ SILVERSTEIN PROPERTIES, INC.

☑ SILVERSTEIN WTC FACILITY MANAGER, LLC

☑ SILVERSTEIN WTC, LLC

☑ SILVERSTEIN WTC MANAGEMENT CO., LLC

☑ SILVERSTEIN WTC PROPERTIES, LLC

☑ TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN

☑ TISHMAN CONSTRUCTION CORPORATION OF NEW YORK

☑ TULLY CONSTRUCTION CO., INC.

☑ TULLY CONSTRUCTION COMPANY

☑ TULLY ENVIRONMENTAL INC.

☑ TULLY INDUSTRIES, INC.

☑ TURNER CONSTRUCTION CO.

☑ TURNER CONSTRUCTION COMPANY

☑ TURNER CONSTRUCTION INTERNATIONAL, LLC

☑ TURNER/PLAZA, A JOINT VENTURE

☑ WORLD TRADE CENTER PROPERTIES, LLC

☑ OTHER:  SEE ADDENDUM A


☐ Non-WTC Site Building Owner

Name: _____

Business/Service Address: _____

Building/Worksite Address: _____


*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

   ☐   Non-WTC Site Lessee

       Name: _____

       Business/Service Address: _____

       Building/Worksite Address: _____

   ☐   Non-WTC Site Building Managing Agent

       Name: _____

       Business/Service Address: _____

       Building/Worksite Address: _____

## II.  JURISDICTION

The Court's jurisdiction over the subject matter of this action is:

       ☐   Founded upon Federal Question Jurisdiction; specifically

           ☐ Air Transport Safety & System Stabilization Act of 2001, (or)

           ☐ Federal Officers Jurisdiction, (or)

           ☐ Other (specify): _____

       ☑   Contested, but the Court has already determined that it has removal

          jurisdiction over this action, pursuant to 28 U.S.C. § 1441.

## III.  CAUSES OF ACTION

Plaintiff(s) seeks damages against the above named defendants based upon the following theories

of liability, and asserts each element necessary to establish such a claim under the applicable substantive

law:

       ☑   Breach of the defendants' duties and obligations pursuant to the
           New York State Labor Law(s) including §§ 200 and 240

***Please read this document carefully.***
***It is very important that you fill out each and every section of this document.***

☑     Breach of the defendants' duties and obligations pursuant to the New York State Labor Law 241(6)

☑     Pursuant to New York General Municipal Law §205-a

☑     Pursuant to New York General Municipal Law §205-e

☑     Common Law Negligence

☑     Medical Monitoring

☑     Fear of Cancer

☑     Fraud and Misrepresentation

      ☑   Air Quality;

      ☑   Effectiveness of Mask Provided;

      ☐   Effectiveness of Other Safety Equipment Provided (specify: _____ );

      ☑    Other(specify): <u>Not yet determined.</u>_____

☐     Wrongful Death

☑     Loss of Services/Loss of Consortium for Derivative Plaintiff

☐     Other: _____

# IV.  CAUSATION, INJURY AND DAMAGE

1.     As a direct and proximate result of defendant's culpable actions in the rescue and/or recovery and/or construction, renovation, alteration, demolition and all work performed at the premises, the Injured Plaintiff sustained (including, but not limited to) the following injuries:

☐     Abdominal Pain
Date of onset: _____
Date physician first connected this injury to WTC work: _____ _____

☐     Asthma
Date of onset: _____

***Please read this document carefully.***
***It is very important that you fill out each and every section of this document.***

Date physician first connected this injury to WTC work: _____

☐ Brain Tumor
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ Burns
Location of burn (body part/percent) _____ ;
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ Chronic Bronchitis
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ Chronic Cough
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ Chronic Obstructive Lung Disease
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ Dermatitis
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☑ Fear of Cancer
Date of onset: 8/8/2005
Date physician first connected this injury to WTC work: To be supplied at a later date

☑ Gastric Reflux
Date of onset: 8/8/2005
Date physician first connected this injury to WTC work: To be supplied at a later date

☐ Hypertension
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ Indigestion
Date of onset: _____
Date physician first connected this injury to WTC work: _____

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

☑ Insomnia
   Date of onset: <u>To be supplied at a later date</u>
   Date physician first connected this injury to WTC work: <u>To be supplied at a</u>
   <u>later date</u>

☐ Leukemia
   Date of onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Lung Cancer
   Date of onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Lymphoma
   Date of onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Nausea
   Date of onset: _____
   Date physician first connected this injury to WTC work: _____

☐ Pulmonary Fibrosis
   Date of onset: _____
   Date physician first connected this injury to WTC work: _____

☑ Shortness of Breath
   Date of onset: <u>To be supplied at a later date</u>
   Date physician first connected this injury to WTC work: <u>To be supplied at a</u>
   <u>later date</u>

☐ Sinusitis
   Date of onset: _____
   Date physician first connected this injury to WTC work: _____

☑ Other: <u>Anxiety; Chest Pain; Cognitive Problems/Memory Loss; Eye and/or Ear</u>
   <u>Problems; Eye Problems; and Psychological Problems</u>
   Date of onset:
   Date physician first connected this injury to WTC work: <u>To be supplied at a</u>
   <u>later date</u>

*NOTE: The foregoing is NOT an exhaustive list of injuries that may be alleged.*

**Please read this document carefully.**
*It is very important that you fill out each and every section of this document.*

11 of 13

2.   As a direct and proximate result of the injuries identified in paragraph "1", above, the Ground Zero-Plaintiff has in the past suffered and/or will in the future suffer the following compensable damages:

- ☑  Pain and suffering

- ☑  Loss of the pleasures of life

- ☑  Loss of earnings and/or impairment of earning capacity

- ☑  Loss of retirement benefits/diminution of retirement benefits

- ☑  Expenses for medical care, treatment, and rehabilitation

- ☑  Other:
    - ☑ Mental anguish
    - ☑ Disability
    - ☑ Medical monitoring
    - ☑ Other: Not yet determined._____

3.   ☑   As a direct and proximate result of the injuries described *supra*, the derivative plaintiff(s), if any, have in the past suffered and/or will in the future suffer a loss of the love, society, companionship, services, affection, and support of the plaintiff and such other losses, injuries and damages for which compensation is legally appropriate.

***Please read this document carefully.***
*It is very important that you fill out each and every section of this document.*

**WHEREFORE**, plaintiff(s) respectfully pray that the Court enter judgment in his/her/their favor and against defendant(s) for damages, costs of suit and such other, further and different relief as may be just and appropriate.

**Plaintiff(s) demands that all issues of fact in this case be tried before a properly empanelled jury.**

Dated: New York, New York
      August 7, 2006

                                   Yours, etc.,

                                   **Worby, Groner Edelman & Napoli Bern, LLP**
                                   Attorneys for Plaintiff(s), Otto  Montenegro and Martha Montenengro

                  By: _____
                                   William J. Dubanevich (WD-5969)
                                   115 Broadway, 12th Floor
                                   New York, New York  10006
                                   Phone:  (212) 267-3700

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

## ADDENDUM A

Plaintiff(s), Otto  Montenegro (and Wife, Martha  Montenengro) repeat(s), reiterate(s), and reallege(s) paragraphs 331 through paragraph 505 of the Master Complaint with the same force and effect as if set forth more fully at length therein as against the following defendants:

- 150 BROADWAY N.Y. ASSOCS. L. P.,
- 160 WATER ST. INC
- 30 BROAD STREET ASSOCIATES, LLC,
- ☑ 7 WORLD TRADE COMPANY, L.P.
- ☑ A RUSSO WRECKING
- ☑ ABM INDUSTRIES, INC.
- ☑ ABM JANITORIAL NORTHEAST, INC.
- ☑ AMEC EARTH & ENVIRONMENTAL, INC.
- ☑ ATLANTIC HEYDT CORP
- ☑ BECHTEL CONSTRUCTION, INC.
- ☑ BECHTEL CORPORATION
- ☑ BECHTEL ENVIRONMENTAL, INC.,
- ☑ BERKEL & COMPANY, CONTRACTORS, INC.
- BFP ONE LIBERTY PLAZA CO., LLC,
- ☑ BFP TOWER C CO. LLC,
- ☑ BIG APPLE WRECKING & CONSTRUCTION CORP
- BOSTON PROPERTIES,
- BRANCH SERVICES
- ☑ BREEZE CARTING CORP
- ☑ BREEZE NATIONAL, INC.
- ☑ BRER-FOUR TRANSPORTATION CORP.
- BROOKFIELD FINANCIAL PROPERTIES, INC.,
- BROWN HARRIS STEVENS,
- ☑ BURO HAPPOLD CONSULTING ENGINEERS, P.C.

- ☑ C & D FIREPROFFING & PLASTERING CORP
- ☑ C.B. CONTRACTING CORP
- ☐ CALEDONIAN INSURANCE COMPANY
- ☑ CANRON CONSTRUCTION CORP
- ☑ CANTOR SEINUK GROUP
- ☐ CAPITAL PROPERTIES, INC,
- ☐ CARLOS CONSTRUCTION
- ☑ CERTIFIED FENCE CORP.
- ☑ CIVETTA-COUSINS JV, L.L.C
- ☑ CLARCOR AIR FILTRATION PRODUCTS, INC.
- ☑ COMPONENT ASSEMBLY SYSTEMS, INC.
- ☑ CONSULTING ENGINEERS, P.C.
- ☐ COOPER SQUARE REALTY, INC.
- ☑ COORDINATED METALS, INC.
- ☑ CORD CONTRACTING CO., INC
- ☑ CRAIG TEST BORING COMPANY INC.
- ☑ CRITICOM INTERNATIONAL CORPORATION
- ☑ CUSHMAN & WAKEFIELD, INC,
- ☑ DAKOTA DEMO-TECH
- ☑ DCM ERECTORS, INC
- ☐ DEUTSCHE BANK
- ☑ DIAMOND POINT EXCAVATING CORP
- ☑ DIEGO CONSTRUCTION, INC.
- ☑ DIVERSIFIED CARTING, INC.
- ☑ DMT ENTERPRISE, INC.
- ☑ D'ONOFRIO GENERAL CONTRACTORS CORP
- ☑ EAGLE LEASING & INDUSTRIAL SUPPLY
- ☑ EAGLE ONE ROOFING CONTRACTORS INC.
- ☑ EAGLE SCAFFOLDING CO
- ☑ EJ DAVIES, INC.
- ☐ EMPIRE STATE PROPERTIES, INC

☑ EN-TECH CORP

☑ ET ENVIRONMENTAL

☑ EVERGREEN RECYCLING OF CORONA

☑ EWELL W. FINLEY, P.C.

☑ EXECUTIVE MEDICAL SERVICES, P.C.

☑ F&G MECHANICAL, INC.

☑ FLEET TRUCKING, INC.

☑ FRANCIS A. LEE COMPANY, A CORPORATION

☑ FRANCIS MICELLI JR CONTRACTING

☑ FTI TRUCKING

☑ GILSANZ MURRAY STEFICEK, LLP

☐ GLO MANAGEMENT, INC.,

☑ GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC

☐ GRUBB & ELLIS MANAGEMENT SERVICES, INC.,

☑ HALLEN WELDING SERVICE, INC.

☑ HELMSMAN MANGEMENT SERVICES, INC.

☑ HGC CONTRACTING CORP

☑ HIGH-RISE ELECTRIC, INC.

☑ HIGH-RISE HOISTING AND SCAFFOLDING, INC

☐ J.P. MORGAN CHASE CORPORATION,

☐ JEMB REALTY CORP

☑ JP EQUIPMENT RENTAL MATERIALS, INC.

☐ KIBEL COMPANIES,

☑ LAQUILA CONSTRUCTION INC

☑ LASTRADA GENERAL CONTRACTING CORP

☐ LEFRAK ORGANIZATION INC

☑ LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEER P.C.

☑ LIBERTY MUTUAL INSURANCE COMPANY

☑ LIBERTY MUTUAL MANAGED CARE, INC.

☑ LOCKWOOD KESSLER & BARTLETT, INC.

☑      LUCIUS PITKIN, INC

☑      LZA TECH-DIV OF THORTON TOMASETTI

☑      MANAFORT BROTHERS, INC.

☐      MAYORE ESTATES LLC,

☑      MAZZOCCHI WRECKING, INC.

☑      MEDCORE MEDICAL AND HOSPITAL SUPPLY

☑      MERIDIAN CONSTRUCTION CORP.

☐      MILFORD MANAGEMENT CORP,

☐      MILSTEIN PROPERTIES CORP.,

☑      MOODY'S INVESTORS SERVICE,

☑      MRA ENGINEERING P.C.

☑      MUESER RUTLEDGE CONSULTING ENGINEERS

☐      MURRAY HILL PROPERTIES,

☑      MUSCO SPORTS LIGHTING, LLC

☑      NACIREMA INDUSTRIES INCORPORATED

☑      NEW YORK CRANE & EQUIPMENT CORP.

☑      NICHOLSON CONSTRUCTION COMPANY

☑      NYC INDUSTRIAL DEVELOPMENT AGENCY,

☑      OLYMPIC PLUMBING & HEATING CORP

☐      ONE WALL STREET CORPORATION,

☑      OVE ARUP & PARTNERS P.C.

☑      PARSON GROUP

☑      PETER SCALAMANDRE & SONS, INC.

☑      PINNACLE ENVIRONMENTAL CORP

☑      PRO SAFETY SERVICES, LLC

☑      PT & L CONTRACTING CORP

☑      REGIONAL SCAFFOLD & HOISTING CO, INC.

☑      ROBER SILMAN ASSOCIATES

☑      ROBERT L GEROSA, INC

☐      ROCKROSE DEVELOPMENT CORP,

☑ ROYAL GM INC.

☐ RY MANAGEMENT

☑ SAB TRUCKING INC.

☑ SAFEWAY ENVIRONMENTAL CORP

☐ SAKELE BROTHERS, L.L.C,

☑ SEASONS INDUSTRIAL CONTRACTING

☑ SHELDRAKE ORGANIZATION, INC.

☑ SILVERITE CONTRACTORS

☑ SILVERSTEIN DEVELOPMENT CORP.

☑ SILVERSTEIN WTC PROPERTIES LLC

☑ SIMPSON GUMPERTZ & HEGER INC

☑ SKIDMORE OWINGS & MERRILL LLP

☑ STAR DELTA ELECTRIC

☑ STIER ANDERSON LLC

☑ SURVIVAIR

☐ THE BANK OF NEW YORK,

☐ THE RELATED COMPANIES, LP,

☑ TISHMAN INTERIORS CORPORATION,

☑ TISHMAN SPEYER PROPERTIES,

☑ TOMASETTI GROUP

☑ TORRETTA TRUCKING, INC

☑ TOTAL SAFETY CONSULTING, L.L.C

☐ TRAMMELL CROW COMPANY,

☐ TRINITY CENTRE, LLC,

☐ TRIO ASBESTOS REMOVAL,

☑ TUCCI EQUIPMENT RENTAL CORP

☑ ULTIMATE DEMOLITIONS/CS HAULING

☑ UNITED STATES REBAR, INC.

☐ VERIZON NEW YORK INC,

☑ VOLLMER ASSOCIATES LLP

☑   W HARRIS & SONS INC

☑   WEEKS MARINE, INC.

☑   WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.

☐   WFP TOWER A. CO., L.P.,

☐   WFP TOWER B. CO., L.P.,

☑   WFP TOWER D. CO., LP,

☑   WHITNEY CONTRACTING INC.

☑   WOLKOW-BRAKER ROOFING CORP

☑   YANNUZZI & SONS INC

☑   YONKERS CONTRACTING COMPANY, INC.

☑   YORK HUNTER CONSTRUCTION, LLC

☐   ZAR REALTY MANAGEMENT CORP.,

☐   ZECKENDORF REALTY

## ATTORNEY VERIFICATION

WILLIAM J. DUBANEVICH, an attorney at law, duly admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury that:

He is the attorney for the plaintiff(s) in the above-entitled action. That he has read the foregoing SUMMONS AND VERIFIED COMPLAINT and knows the contents thereof, and upon information and belief, deponent believes the matters alleged therein to be true.

The reason this Verification is made by deponent and not by the plaintiff(s) is that the plaintiff(s) herein reside(s) in a county other than the one in which the plaintiff's attorneys maintain their office.

The source of deponent's information and the grounds of his belief are communication, papers, reports and investigation contained in the file.

DATED:     New York, New York
           August 7, 2006

                                        _____
                                        WILLIAM J. DUBANEVICH

Docket No.:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================

Otto  Montenegro (and Wife, Martha  Montenengro),
Plaintiff(s)

- against -


1 WORLD TRADE CENTER LLC, et al.


Defendant(s).
================================================
SUMMONS AND VERIFIED COMPLAINT
================================================

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Attorneys for:* Plaintiff(s)
*Office and Post Office Address, Telephone*
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700
================================================

To
Attorney(s) for

================================================

Service of a copy of the within
is hereby admitted.

Dated,

Attorney(s) for
================================================
**PLEASE TAKE NOTICE:**
**G NOTICE OF ENTRY**
   that the within is a (certified) true copy of an
   duly entered in the office of the clerk of the within named court on        20
**G NOTICE OF SETTLEMENT**
   that an order                                      of which the within is a true copy
   will be presented for settlement to the HON.              one of the judges of
   the
   within named Court, at
   on              20           at           M.
   Dated,

Yours, etc.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
================================================